# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

RPG INVESTMENT HOLDINGS, LLC

vs.

AMERICAN GREETINGS CORP.,

Case Number:

FILED: AUGUST 6, 2008
08CV4422
JUDGE ANDERSEN
MAGISTRATE JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RPG INVESTMENT HOLDINGS, LLC

JFB

Plaintiff

| |
|---|
| NAME (Type or print)<br>Michael F. Braun |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/ s/ Michael F. Braun |
| FIRM<br>Schuyler Roche, P.C. |
| STREET ADDRESS<br>130 East Randolph Street, Suite 3800 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC # 6180471 | TELEPHONE NUMBER<br>(312) 565-2400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐