U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| RPG INVESTMENT HOLDINGS, LLC | FILED: AUGUST 6, 2008 |
|  | 08CV4422 |
| vs. | JUDGE ANDERSEN |
|  | MAGISTRATE JUDGE VALDEZ |
| AMERICAN GREETINGS CORP., | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RPG INVESTMENT HOLDINGS, LLC         JFB

Plaintiff

| NAME (Type or print) |
|---|
| James L. Komie |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ James L. Komie |
| FIRM |
| Schuyler Roche, P.C. |
| STREET ADDRESS |
| 130 East Randolph Street, Suite 3800 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC # 6198089 | (312) 565-2400 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐