U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

RPG INVESTMENT HOLDINGS, LLC

vs.

AMERICAN GREETINGS CORP.,

Case Number:
FILED: AUGUST 6, 2008
08CV4422
JUDGE ANDERSEN
MAGISTRATE JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RPG INVESTMENT HOLDINGS, LLC                       JFB

Plaintiff

| NAME (Type or print) |
|---|
| Robert D. Snow Jr. |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ Robert D. Snow, Jr. |

| FIRM |
|---|
| Schuyler Roche, P.C. |

| STREET ADDRESS |
|---|
| 130 East Randolph Street, Suite 3800 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC # 6275952 | (312) 565-2400 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |