## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | Ruben Castillo |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4422 | **DATE** | 8/7/2008 |
| **CASE TITLE** | RPG Investment Holdings, LLC vs. American Greetings Corp. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 8/7/2008. Defendant's response to Plaintiff's emergency motion for temporary restraining order is due on or before 8/13/2008. Plaintiff's reply will be due on or before 8/18/2008. The Court will rule on 8/19/2008 at 9:45 a.m. Defendant is directed to notify the Court by 8/8/2008 whether they will agree not to have contact with the second tier debt holders.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | RO |
|---|---|---|