IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RPG Investment Holdings, LLC, | Civil Action No. 08CV4422 |
| Plaintiff, | Judge Wayne R. Anderson |
| v. | (Emergency Judge Ruben Castillo) |
| American Greetings Corporation, | Magistrate Judge Maria Valdez |
| Defendant. | |

**AMERICAN GREETINGS CORPORATION'S
DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, counsel for Defendant American Greetings Corporation ("American Greetings") states as follows:

1. American Greetings has no parent corporation.

2. No publicly held corporation owns 10% or more of American Greetings' stock.

3. American Greetings has no publicly held affiliates.

Dated: August 13, 2008

Respectfully submitted,

/s/ Lee Ann Russo

Of Counsel:
David F. Adler
Pearson N. Bownas
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-3939

Lee Ann Russo
larusso@jonesday.com
Mark P. Rotatori
mprotatori@jonesday.com
JONES DAY
77 W. Wacker Drive
Chicago, Illinois 60601-1692
(312) 782-3939

John M. Newman, Jr.
jmnewman@jonesday.com
JONES DAY
North Point

CLI-1641020v1

- 2 -

901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-3939

Counsel for Defendant
AMERICAN GREETINGS CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the above and foregoing **AMERICAN GREETINGS CORPORATION'S DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES** to be served, as indicated, by electronic means through CM/ECF and by first class mail upon the person named below on this 13th day of August, 2008.

>Michael F. Braun, Esq.
>James L. Komie, Esq.
>Robert D. Snow, Jr., Esq.
>Schuyler Roche, P.C.
>One Prudential Plaza
>Suite 3800
>130 East Randolph Street
>Chicago IL 60601

>/s/ Lee Ann Russo
>Lee Ann Russo

CLI-1641020v1