**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>RPG Investment Holdings, LLC,<br>   v.<br>American Greetings Corp. | Case Number: 08-CV-4422 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Group of Second Lien Lenders of RPG Holdings, Inc. and Recycled Paper Greetings, Inc.: AEA Investors LLC, Guggenheim Investment Management, LLC, Plainfield Asset Management LLC, and Camulos Capital LP

| | |
|---|---|
| **NAME** (Type or print)<br>Janice A. Alwin | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>    s/ Janice A. Alwin | |
| **FIRM**<br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | |
| **STREET ADDRESS**<br>321 N. Clark Street, Suite 800 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60654 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6277043 | **TELEPHONE NUMBER**<br>312-276-1323 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |