Case 1:08-cv-04422    Document 16-2    Filed 08/13/2008    Page 1 of 1

Case 1:08-cv-04422    Document 16-2    Filed 08/13/2008    Page 1 of 1

**(Document Entered In Error)**

Case 1:08-cv-04422    Document 16-2    Filed 08/13/2008    Page 1 of 1

**(Document Entered In Error)**