IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RPG INVESTMENT HOLDINGS, LLC, a Delaware Limited Liability Company, </br></br>Plaintiff,</br></br>v.</br></br>AMERICAN GREETINGS CORP., an Ohio Corporation,</br></br>Defendant. | 08-cv-4422 |

**RULE 7.1 DISCLOSURE STATEMENT**

The institutions composing the group of certain unaffiliated lenders (the "Second Lien Group") under the Second Lien Credit Agreement, dated as of December 5, 2005, among RPG Holdings, Inc., Recycled Paper Greetings, Inc., the Second Lien Lenders, and Credit Suisse, Cayman Islands Branch, as administrative agent and as collateral agent,[1] file this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. The Second Lien Group is comprised of funds managed by the following institutions: AEA Investors LLC, Guggenheim Investment Management, LLC, Plainfield Asset Management LLC, and Camulos Capital LP (the "Second Lien Group Institutions"). No parent corporation or publicly held corporation owns 10% or more of the stock of any Second Lien Group Institution.

---

[1] Pursuant to a Successor Agent Agreement dated June 2, 2008, Wells Fargo Bank, National Association succeeded Credit Suisse as the administrative and collateral agent under the Second Lien Credit Agreement.

Dated: New York, New York
August 13, 2008

                                    Respectfully submitted,

*Of Counsel*                                    /s/ *Janice A. Alwin*

| | |
|---|---|
| Fred S. Hodara | Steven B. Towbin (2848546) |
| Abid Qureshi | Janice A. Alwin (6277043) |
| Akin Gump Strauss Hauer & Feld LLP. | Shaw Gussis Fishman Glantz Wolfson & Towbin LLC |
| 590 Madison Avenue | |
| New York, New York  10022 | 321 North Clark Street, Suite 800 |
| (212) 872-8040 (Telephone) | Chicago, Illinois 60654 |
| (212) 872-1002 (Telecopier) | (312) 276-1333  direct phone |
| fhodara@akingump.com | (312) 275-0569  direct facsimile |
| | stowbin@shawgussis.com |

281414v1

2

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the above and foregoing disclosure was accomplished (i) by electronic notice to CM/ECF registrants and (ii) by First Class U.S. Mail, postage prepaid on this 13th day of August, 2008.

*/s/ Janice A. Alwin*

### CM/ECF Service List:

- **Michael F. Braun**
  mbraun@srzlaw.com
- **James L. Komie**
  jkomie@srzlaw.com
- **Mark P. Rotatori**
  mprotatori@jonesday.com,babutkus@jonesday.com
- **Lee Ann Russo**
  larusso@jonesday.com
- **Robert D Snow , Jr**
  rsnow@srzlaw.com

### Mail Service List:

**Michael F. Braun**
Schuyler, Roche & Zwirner
130 East Randolph Street
Suite 3800
Chicago, IL 60601

**Robert D Snow, Jr**
Schuyler Roche and Zwirner
One Prudential Plaza
130 East Randolph Street
Suite 3800
Chicago, IL 60601

**Mark P. Rotatori**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**James L. Komie**
Schuyler, Roche & Zwirner
130 East Randolph Street
Suite 3800
Chicago, IL 60601

**Lee Ann Russo**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**With Courtesy Copies to:**

**Hon. Ruben Castillo**
**Chambers 2146**
**219 S Dearborn St**
**Chicago, IL 60604**