IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RPG INVESTMENT HOLDINGS, LLC,** a Delaware Limited Liability Company,<br><br>                Plaintiff,<br><br>v.<br><br>**AMERICAN GREETINGS CORP.,** an Ohio Corporation,<br><br>                Defendant. | Case No. 08-CV-4422 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, August 19, 2008 at 9:45 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Emergency Judge, **Honorable Ruben Castillo,** U.S. District Court Judge, in Courtroom 2141, the courtroom usually occupied by him as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing motions, and shall then and there present the **Motion to Intervene by Group of Second Lien Lenders of RPG Holdings, Inc. and Recycled Paper Greetings, Inc.**, a copy of which is attached hereto and served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

                                                                AEA Investors LLC, Guggenheim Investment
                                                                Management, LLC, Plainfield Asset Management
                                                                LLC, and Camulos Capital LP

Dated: August 13, 2008                        By :   */s/ Janice A. Alwin*
                                                                        One of their attorneys

*Of Counsel*                                              Steven B. Towbin (2848546)
                                                                Janice A. Alwin (6277043)
Fred S. Hodara                                      Shaw Gussis Fishman Glantz
Abid Qureshi                                          Wolfson & Towbin LLC
Akin Gump Strauss Hauer& Feld LLP.     321 N Clark Street, Ste 800
590 Madison Avenue                           Chicago, IL 60654
New York, New York  10022                Tel: 312-276-1323
(212) 872-8040 (Telephone)                Fax: 312-275-0571
(212) 872-1002 (Telecopier)                 email: jalwin@shawgussis.com

{000 NOM A0213707.DOC}

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the above and foregoing notice and attached pleadings was accomplished (i) by electronic notice to CM/ECF registrants and (ii) by First Class U.S. Mail, postage prepaid on this 13th day of August, 2008.

*/s/ Janice A. Alwin*

### CM/ECF Service List:

- **Michael F. Braun**
  mbraun@srzlaw.com
- **James L. Komie**
  jkomie@srzlaw.com
- **Mark P. Rotatori**
  mprotatori@jonesday.com,babutkus@jonesday.com

- **Lee Ann Russo**
  larusso@jonesday.com
- **Robert D Snow , Jr**
  rsnow@srzlaw.com

### Mail Service List:

**Michael F. Braun**
Schuyler, Roche & Zwirner
130 East Randolph Street
Suite 3800
Chicago, IL 60601

**Robert D Snow, Jr**
Schuyler Roche and Zwirner
One Prudential Plaza
130 East Randolph Street
Suite 3800
Chicago, IL 60601

**Mark P. Rotatori**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**James L. Komie**
Schuyler, Roche & Zwirner
130 East Randolph Street
Suite 3800
Chicago, IL 60601

**Lee Ann Russo**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**With Courtesy Copies to:**

**Hon. Ruben Castillo**
**Chambers 2146**
**219 S Dearborn St**
**Chicago, IL 60604**

{000 NOM A0213707.DOC}