IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RPG Investment Holdings, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>American Greetings Corporation,<br><br>   Defendant. | Civil Action No. 08CV4422<br><br>Judge Wayne R. Anderson<br><br>(Emergency Judge Ruben Castillo)<br><br>Magistrate Judge Maria Valdez |

**AMERICAN GREETINGS CORPORATION'S NOTICE OF NON-OPPOSITION TO THE MOTION TO INTERVENE BY THE GROUP OF SECOND LIEN <u>LENDERS OF RPG HOLDINGS, INC. AND RECYCLED PAPER GREETINGS, INC.</u>**

  Now comes defendant, American Greetings Corporation, and through its undersigned counsel, states that it does not oppose the motion to intervene by the group of second lien lenders of RPG Holdings, Inc. and Recycled Paper Greetings, Inc. (Doc. No. 18.)

Dated: August 14, 2008     Respectfully submitted,

               /s/ Mark P. Rotatori\_\_\_\_

<u>Of Counsel</u>:         Lee Ann Russo
David F. Adler        larusso@jonesday.com
Pearson N. Bownas      Mark P. Rotatori
JONES DAY        mprotatori@jonesday.com
North Point         JONES DAY
901 Lakeside Avenue     77 W. Wacker Drive
Cleveland, Ohio 44114-1190   Chicago, Illinois 60601-1692
(216) 586-3939       (312) 782-3939

               John M. Newman, Jr.
               jmnewman@jonesday.com
               JONES DAY
               North Point
               901 Lakeside Avenue
               Cleveland, Ohio 44114-1190
               (216) 586-3939

CLI-1641400v1

- 2 -

        Counsel for Defendant
        AMERICAN GREETINGS CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the above and foregoing **AMERICAN GREETINGS CORPORATION'S NOTICE OF NON-OPPOSITION TO THE MOTION TO INTERVENE BY THE GROUP OF SECOND LIEN LENDERS OF RPG HOLDINGS, INC. AND RECYCLED PAPER GREETINGS, INC.** to be served, as indicated, by electronic means through CM/ECF and by first class mail upon the person named below on this 14th day of August, 2008.

>Michael F. Braun, Esq.
>James L. Komie, Esq.
>Robert D. Snow, Jr., Esq.
>Schuyler Roche, P.C.
>One Prudential Plaza
>Suite 3800
>130 East Randolph Street
>Chicago IL 60601
>
>Steven B. Towbin, Esq.
>Janice A. Alwin, Esq.
>Shaw Gussis Fishman Glantz Wolfson & Towbin
>321 North Clark Street, Suite 800
>Chicago, IL 60654

          /s/ Mark P. Rotatori
Mark P. Rotatori

CLI-1641400v1