UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RPG INVESTMENT HOLDINGS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GREETINGS CORP., an Ohio Corporation,<br><br>Defendant. | Case No. 08 CV 4422 |

## AGENT'S MOTION FOR LIMITED INTERVENTION PURSUANT TO RULE 24

Credit Suisse, Cayman Islands Branch (the "Agent"), as administrative and collateral agent under the First Lien Credit Agreement (the "Credit Agreement"), dated as of December 5, 2005, by and among RPG Holdings, Inc. ("RPG Holdings"), Recycled Paper Greetings, Inc. ("RPG"), and the lenders party thereto (collectively, the "First Lien Lenders"), by and through its undersigned counsel, hereby seeks permission to make a limited intervention in this action pursuant to Rule 24 of the Federal Rules of Civil Procedure. In support of its motion, the Agent respectfully refers this Court to the following: (i) the Agent's memorandum of law in support of this motion, filed concurrently herewith; and (ii) the Agent's memorandum of law in opposition to plaintiff RPG Investment Holdings, LLC's emergency motion for a temporary restraining order, filed pursuant to Rule 24 of the Federal Rules of Civil Procedure and concurrently herewith. Through these materials, the Agent has demonstrated that this Court should grant leave for the Agent to intervene in this action, either permissively or as of right.

KL2 2570295.2

WHEREFORE, the Agent respectfully requests that the Court allow it to make a limited intervention in this action and grant such other and further relief as may be appropriate under the circumstances.

Dated: Chicago, Illinois
August 15, 2008

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

    Kenneth H. Eckstein
    P. Bradley O'Neill
    1177 Avenue of the Americas
    New York, New York 10036
    (212) 715-9100 (telephone)
    (212) 715-8000 (fax)

FOLEY & LARDNER LLP

By: /s/ Derek L. Wright

    Derek L. Wright (6276201)
    Mark F. Hebbeln (6272385)
    321 North Clark
    Suite 2800
    Chicago, IL 60654
    Tel: (312) 832-4372
    Fax: (312) 832-4700

Counsel for Credit Suisse, Cayman Islands Branch, in its capacity as administrative agent and collateral agent for the First Lien Lenders