## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RPG INVESTMENT HOLDINGS, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN GREETINGS CORP., an Ohio Corporation, <br><br> Defendant. | ) ) ) ) ) ) Case No. 08 CV 4422 ) ) ) ) ) |

### NOTICE OF MOTION

TO: See Related Certificate of Service

      PLEASE TAKE NOTICE that on August 19, 2008, at 9:45 a.m., we shall appear before the Honorable Ruben Castillo, United States District Judge, the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, Courtroom 2141 and shall then and there present the AGENT'S MOTION FOR LIMITED INTERVENTION PURSUANT TO RULE 24, a copy of which is attached and served upon you.

Dated:   Chicago, Illinois
           August 15, 2008

                                    Respectfully submitted,

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                    Kenneth H. Eckstein
                                    P. Bradley O'Neill
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    (212) 715-9100 (telephone)
                                    (212) 715-8000 (fax)


                                    FOLEY & LARDNER LLP

                                    By: /s/ *Derek L. Wright*

                                    Derek L. Wright (6276201)
                                    Mark F. Hebbeln (6272385)
                                    321 North Clark Street, Suite 2800

Chicago, IL 60654
Tel: (312) 832-4372
Fax: (312) 832-4700

Counsel for Credit Suisse, Cayman Islands Branch, in its capacity as administrative agent and collateral agent for the First Lien Lenders

HIC_3449602.1