UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RPG INVESTMENT HOLDINGS, LLC,<br>a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>    v.<br><br>AMERICAN GREETINGS CORP.,<br>an Ohio Corporation,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 08 CV 4422<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Derek L. Wright, an attorney, certify that on August 15, 2008, I caused true and correct copies of **1) Notice of Motion and Agent's Motion for Limited Intervention Pursuant to Rule 24; 2) Memorandum of Law in Support of Motion for Limited Intervention Pursuant to Rule 24; and 3) Memorandum of Law in Opposition to Plaintiff RPG Investment Holdings' Emergency Motion for a Temporary Restraining Order** to be served on the following ECF participants by electronic mail through the Court's ECF filing system:

- Janice A Alwin   jalwin@shawgussis.com, stowbin@shawgussis.com, djnewman@akingump.com
- Michael F. Braun   mbraun@srzlaw.com
- James L. Komie   jkomie@srzlaw.com
- Mark P. Rotatori   mprotatori@jonesday.com,babutkus@jonesday.com
- Lee Ann Russo   larusso@jonesday.com
- Robert D Snow, Jr   rsnow@srzlaw.com

Dated:  Chicago, Illinois
        August 15, 2008

                                      FOLEY & LARDNER LLP

                                      By:  */s/ Derek L. Wright*

                                      Derek L. Wright (#6276201)
                                      321 North Clark Street, Suite 2800
                                      Chicago, IL 60654
                                      Tel: (312) 832-4372
                                      Fax: (312) 832-4700

                                        Counsel for Credit Suisse, Cayman Islands Branch, in its capacity as administrative agent and collateral agent for the First Lien Lenders