IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RPG Investment Holdings, LLC, | Civil Action No. 08CV4422 |
| Plaintiff, | Judge Wayne R. Anderson |
| v. | (Emergency Judge Ruben Castillo) |
| American Greetings Corporation, | Magistrate Judge Maria Valdez |
| Defendant. | |

**AMERICAN GREETINGS CORPORATION'S NOTICE OF NON-OPPOSITION TO THE AGENT'S MOTION FOR LIMITED INTERVENTION PURSUANT TO RULE 24**

Now comes defendant, American Greetings Corporation, and through its undersigned counsel, states that it does not oppose the Agent's motion for limited intervention pursuant to Rule 24 (Doc. No. 25).

Dated: August 18, 2008

Respectfully submitted,

  /s/ Mark P. Rotatori
Lee Ann Russo
larusso@jonesday.com
Mark P. Rotatori
mprotatori@jonesday.com
JONES DAY
77 W. Wacker Drive
Chicago, Illinois 60601-1692
(312) 782-3939

Of Counsel:
David F. Adler
Pearson N. Bownas
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-3939

John M. Newman, Jr.
jmnewman@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-3939

CLI-1641400v1

- 2 -

        Counsel for Defendant
        AMERICAN GREETINGS CORPORATION

- 2 -

### CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the above and foregoing **AMERICAN GREETINGS CORPORATION'S NOTICE OF NON-OPPOSITION TO THE AGENT'S MOTION FOR LIMITED INTERVENTION PURSUANT TO RULE 24** to be served, as indicated, by electronic means through CM/ECF and by first class mail upon the person named below on this 18th day of August, 2008.

> Michael F. Braun, Esq.
> James L. Komie, Esq.
> Robert D. Snow, Jr., Esq.
> Schuyler Roche, P.C.
> One Prudential Plaza
> Suite 3800
> 130 East Randolph Street
> Chicago IL 60601
>
> Steven B. Towbin, Esq.
> Janice A. Alwin, Esq.
> Shaw Gussis Fishman Glantz Wolfson & Towbin
> 321 North Clark Street, Suite 800
> Chicago, IL 60654
>
> Derek L. Wright
> Mark F. Hebbeln
> Foley & Lardner LLP
> 321 North Clark Street, Suite 2800
> Chicago, IL 60654

　　　　　　　　　　　　　　　　　　/s/ Mark P. Rotatori
　　　　　　　　　　　　　　　　　　Mark P. Rotatori

CLI-1641400v1