# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | Ruben Castillo |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4422 | **DATE** | 8/18/2008 |
| **CASE TITLE** |  | RPG Investment Holdings LLC vs. American Greetings Corp. | |

**DOCKET ENTRY TEXT**

Parties' oral request to continue the hearing on Plaintiff's motion for Temporary Restraining Order is granted. Plaintiff's reply to its motion for Temporary Restraining Order is due on or before 8/25/2008. The Court will rule on 8/27/2008 at 9:45 a.m. John M. Newman, Jr.'s motion for leave to appear pro hac vice [11] is granted. Abid Qureshi's motion for leave to appear pro hac vice [22] is granted. Motion to intervene by the Group of Second Lien Lenders of RPG Holdings, Inc. and Recycled Paper Greetings, Inc. [18] and Agent's motion for limited intervention pursuant to Rule 24 [25] are entered and continued to 8/27/2008 at 9:45 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|