IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RPG INVESTMENT HOLDINGS, LLC, a Delaware Limited Liability Company, RPG HOLDINGS, INC., a Delaware Corporation and RECYCLED PAPER GREETINGS, INC., an Illinois Corporation,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>AMERICAN GREETINGS CORP.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) Case No. 08 CV 4422<br>) Judge Wayne R. Andersen<br>) Magistrate Judge Maria Valdez<br>)<br>) JURY DEMAND<br>)<br>)<br>)<br>) |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, RPG Holdings, Inc., makes the following disclosure:

1. The plaintiff is a nongovernmental corporate party.

2. The parent corporation for RPG Holdings, Inc. is RPG Investment Holdings, LLC.

3. No publicly held corporation owns 10% or more of RPG Holdings, Inc.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil

-2-

Procedure it must promptly file a supplemental statement upon any change in the information that this statement requires.

| | |
|---|---|
| Dated:  August 25, 2008 | RPG INVESTMENT HOLDINGS, LLC, RPG HOLDINGS, INC. and RECYCLED PAPER GREETINGS, INC. |
| | By:  /s/ Michael F. Braun<br>One of the Attorneys for Plaintiff |

Michael F. Braun(Atty No.: 6180471)
James L. Komie(Atty No.: 6198089)
Robert D. Snow, Jr.(Atty No.: 6275952)
Schuyler Roche, P.C.
One Prudential Plaza
Suite 3800
130 East Randolph Street
Chicago, Illinois 60601
(312)565-2400
(312)565-8300(facsimile)

527788