## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RPG INVESTMENT HOLDINGS, LLC, a Delaware Limited Liability Company, RPG HOLDINGS, INC., a Delaware Corporation and RECYCLED PAPER GREETINGS, INC., an Illinois Corporation,<br><br>             Plaintiffs,<br><br>v.<br><br>AMERICAN GREETINGS CORP.,<br><br>             Defendant. | Case No. 08 CV 4422<br>Judge Wayne R. Andersen<br>Magistrate Judge Maria Valdez<br><br>JURY DEMAND |

### DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Recycled Paper Greetings, Inc., makes the following disclosure:

1. The plaintiff is a nongovernmental corporate party.

2. The parent corporation for Recycled Paper Greetings, Inc. is RPG Holdings, Inc.

3. No publicly held corporation owns 10% or more of Recycled Paper Greetings, Inc.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil

-2-

Procedure it must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: August 25, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　PG INVESTMENT HOLDINGS, LLC,
　　　　　　　　　　　　　　　　　　　　　RPG HOLDINGS, INC. and
　　　　　　　　　　　　　　　　　　　　　RECYCLED PAPER GREETINGS, INC.


　　　　　　　　　　　　　　　　　　By:　/s/ Michael F. Braun
　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Plaintiff

Michael F. Braun(Atty No.: 6180471)
James L. Komie(Atty No.: 6198089)
Robert D. Snow, Jr.(Atty No.: 6275952)
Schuyler Roche, P.C.
One Prudential Plaza
Suite 3800
130 East Randolph Street
Chicago, Illinois 60601
(312)565-2400
(312)565-8300(facsimile)

527195