## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | Ruben Castillo |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4422 | **DATE** | 8/27/2008 |
| **CASE TITLE** |  | RPG Investment Holdings, LLC vs. American Greetings Corp. | |

**DOCKET ENTRY TEXT**

Motion hearing held on 8/27/2008. Second Lien Group's reply to their motion to intervene [18] is due 9/4/2008. Agent's reply to their motion for limited intervention pursuant to Rule 24 [25] is due 9/4/2008. Defendant is given until 9/4/2008 to respond to the affidavits attached to the Plaintiff's reply memorandum in support of the motion for temporary restraining order. The standstill will remain in effect until Judge Andersen can rule on the pending motions. The Court hereby sets a status hearing before Judge Andersen on 9/11/2008 at 9:45 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | RO |
|---|---|---|