## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
## Eastern Division

RPG Investment Holdings, LLC, et al.
                                   Plaintiff,

v.                                          Case No.: 1:08−cv−04422
                                                                   Honorable Wayne R. Andersen

American Greetings Corp.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

       MINUTE entry before the Honorable Wayne R. Andersen:Status hearing set for 9/11/2008 at 09:00 AM. (TIME CHANGE only).Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.