UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RPG INVESTMENT HOLDINGS, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN GREETINGS CORP., an Ohio Corporation, <br><br> Defendant. | ) ) ) ) ) ) Case No. 08 CV 4422 ) ) ) ) ) |

## CERTIFICATE OF SERVICE

   I, Derek L. Wright, an attorney, certify that on September 4, 2008, I caused true and correct copies of **1) First Lien Agent's Reply Brief in Further Support of Motion for Limited Intervention Pursuant to Rule 24; and 2) First Lien Agent's Surreply Brief in Further Opposition to Emergency Motion for Temporary Restraining Order** to be served on the following ECF participants by electronic mail through the Court's ECF filing system:

- Janice A Alwin jalwin@shawgussis.com, stowbin@shawgussis.com, djnewman@akingump.com
- Michael F. Braun mbraun@srzlaw.com
- James L. Komie jkomie@srzlaw.com
- Mark P. Rotatori mprotatori@jonesday.com, babutkus@jonesday.com
- Lee Ann Russo larusso@jonesday.com
- Robert D Snow, Jr rsnow@srzlaw.com

Dated: Chicago, Illinois
    September 4, 2008

               FOLEY & LARDNER LLP

               By: */s/ Derek L. Wright*

                Derek L. Wright (#6276201)
                321 North Clark Street, Suite 2800
                Chicago, IL 60654
                Tel: (312) 832-4372
                Fax: (312) 832-4700

                Counsel for Credit Suisse, Cayman Islands Branch, in its capacity as administrative agent and collateral agent for the First Lien Lenders

CHIC_3492984.1